09CV6789
JUDGE DOW JR.
MAG. JUDGE BROWN



FILED
J.N
OCT 28 2009
Oct 28, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **GARY E. OWENS**
(Please print)

STREET ADDRESS: **3511 W. Fillmore Street Unit #1**

CITY/STATE/ZIP: **Chicago, IL 60624**

PHONE NUMBER: **773-703-1730**

CASE NUMBER: _____

Signature: *Gary E. Owens-El: Trustee*    Date: **10/28/09**